UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Clifton Halsey
_____

Write the full name of each plaintiff.

-against-

① Kenneth P. Thompson
  Brooklyn, District Attorney
② Suzette Davis - McLeod.

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.



No. **16CV9970**

(To be filled out by Clerk's Office)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes  ☒ No

RECEIVED DEC 23 2016 U.S.D.C. W.P.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights / Prosecutorial abuse
☒ Other: Double Jeopardy / Prosecution Vindictiveness / Prosecution improprieties

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

CLiFtoN     C     HALseY
**First Name**   **Middle Initial**   **Last Name**

N/A

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

825160078 9 / 141#607071

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

(MDC) Manhattan Detention Center
**Current Place of Detention**

125 White Street   8/South
**Institutional Address**

Manhattan     New York     10013
**County, City**   **State**   **Zip Code**

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Kenneth Thompson
First Name  Last Name  Shield #

Brooklyn District Attorney
Current Job Title (or other identifying information)

350 Jay Street
Current Work Address

Kings/Brooklyn   NY   11201
County, City   State   Zip Code

Defendant 2: Suzette Davis-McLeod
First Name  Last Name  Shield #

Adultress Woman / alleged Victim
Current Job Title (or other identifying information)

1367 Troy Ave (BSMt)
Current Work Address

Kings Brooklyn   N.Y.   11203
County, City   State   Zip Code

Defendant 3:
First Name  Last Name  Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City   State   Zip Code

Defendant 4:
First Name  Last Name  Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City   State   Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 67 4th Precinct

Date(s) of occurrence: July, 27, 2016

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

① I was indicted on a case that was dismissed and sealed (5) Five month ago, By the BKlyn DA's office

② The Second, Suzette Davis-M'Leod went to the precinct and ACS/BCW Administration for Children Services in february and stated that I did not Committ the Charges in february after demanding she leave me alone she went and filed the same Charges in July and I was indicted, she also took her daughter to the precinct and they both stated that I was innocent, I was not arrested. they but 5 month's later she lied and I'm being hold on the same charges @ a $50,000.00 bail. with a (72) seventy two count indictment. The ACS worker can verify my story. She also has (3) open ACS cases

Cont   Page 4 →

I have currently been incarcerated with a $50,000.00 dollar bail for the past (5) five months. I am the (3rd) third man that this married woman has done this to. The last man was her current husband. She uses the NYPD and Criminal Court as a tool of her disposal illegally.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was beat up by Police officers of the 67th Precinct and denied Medical treatment, on two occasions.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I wish to be Released and the amount of $10,000,000.00 Ten million dollars for pain and Suffering and Violation of my Civil Rights.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 10/29/2016

Plaintiff's Signature: Clifton Halsey

First Name: Clifton   Middle Initial: C.   Last Name: Halsey

Prison Address: 125 White Street (MDC) Manhattan Detention Ctr.

County, City: Manhattan NYC   State: New York   Zip Code: 10013

Date on which I am delivering this complaint to prison authorities for mailing: 11/3/2016

C. HALSEY
e Street
10013
789

United States District Court
Southern District of New York
300 Quropas Street
White Plains NY. 10601

SDNY

RECEIVED
DEC 23 2016
U.S.D.C.
WP