# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CLIFTON HALSEY ( AMended )

17 cv 89 (MKB)

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

Det. William Camacho 24431
NYPD
P.O. RaYmond LoPEZ 23196
CiTY of New York

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV. See attached.
Suzette Davis - McLeod.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 3 0 2017 ★
BROOKLYN OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

*Amended*
*17-CV-MKB*

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other:   *deprivations of my federal & Constitutional Rights*

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

*CLifton*              *C.*              *HALSey*
First Name          Middle Initial          Last Name

*N/A*
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

*825-16-00789*
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

*125   white  Street      8 South*
Current Place of Detention

*M D C*
Institutional Address

*New York*              *N.Y.*              *10007*
County, City              State              Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

Page 2

*Amended*

17-CV-MKB
17-CV-89-MKB

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:** William Camacho 24431

First Name — Last Name — Shield #

Detective

Current Job Title (or other identifying information)

127 Utica ave 77th Pct Det squad

Current Work Address

Brooklyn New York 11236

County, City — State — Zip Code

**Defendant 2:** Raymond Lopez 23196 67th pct

First Name — Last Name — Shield #

Police officer

Current Job Title (or other identifying information)

67th Precinct

Current Work Address

Brooklyn New York 112

County, City — State — Zip Code

**Defendant 3:** Jared DeSalvo 1870 67th Pct

First Name — Last Name — Shield #

Police officer

Current Job Title (or other identifying information)

67th Precinct

Current Work Address

Brooklyn NY 112

County, City — State — Zip Code

**Defendant 4:** Suzette Davis Mclead N/A

First Name — Last Name — Shield #

Private Citizen (Color of Law) violation

Current Job Title (or other identifying information)

1367 Troy Ave Bsmt

Current Work Address

Brooklyn N.Y 11207

County, City — State — Zip Code

Page 3

Amended
17-89- MKB
- CV -

## V.   STATEMENT OF CLAIM

Place(s) of occurrence:   1367, TRoy ave / 67th Pct.

Date(s) of occurrence:   4/15/16 - 5/13/16 - 7/27/16 - 2/10/1.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Please See attached documents

iN Summation: ① Malicious Prosecution ② false Arrest  ③ excessive force ④ failure to provide Medical Attention.

*Amended*

*17-cv-89 MKB*

PLease See attached documents

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Wrist injuries & Lacerations, facial injuries and Back injuries, I was denied Medical Treatment. by NYPD. and Told to "man up."

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

① I wish to Be Released from my Current confinement ② Monitary damages in the Amount of $1,000,000.00 And future Medical expenses Covered. Petition of Habeas Corpus

*Amended*
17-CV-89-MKB

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| May, 13, 2017 | Clifton Halsey |
| Dated | Plaintiff's Signature |

| CLifton | | HALsey |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 125 White Street | | 8 South |
|---|---|---|
| Prison Address | | |

| New York, | N.Y | 10007 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:  May, 18, 2017

17-CV-89-MKB

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

CLifton Halsey

**(full name of the plaintiff or petitioner applying (each person must submit a separate application))**

Amended

17 CV 89 (MKB )

**(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)**

-against-

Det. William Camacho, NYPD, P.O Raymond Lopez.
City of N.Y. Suzette Davis McLeod.

**(full name(s) of the defendant(s)/respondent(s))**

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*      ☒ Yes        ☐ No    (If "No," go to Question 2.)
   I am being held at:

   Do you receive any payment from this institution?  ☐ Yes    ☒ No
   Monthly amount: _____
   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?    ☐ Yes    ☒ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _IN Carcerated_
   If "no," what was your last date of employment? _7/16_
   Gross monthly wages at the time: _1,2000.00_

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment      ☐ Yes    ☒ No
   (b) Rent payments, interest, or dividends               ☐ Yes    ☒ No

*Amended*
*17-CV-89-MKB*

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts or inheritances | ☐ Yes | ☒ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☒ No |
| (g) Any other sources | ☐ Yes | ☒ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account? *0*

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value: *No*

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense: *No*

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18): *0*

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable: *College Debt, Credit Cards, Student Loans*

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

*MAY, 13, 2017*
**Dated**

*Clifton Halsey*
**Signature**

*HALSEY, Clifton*
**Name (Last, First, MI)**

*825/600789*
**Prison Identification # (if incarcerated)**

*125 White Street   NYC   NY   10007   8 South*
**Address          City          State     Zip Code**

*(347) 572-2218*
**Telephone Number**

*None.*
**E-mail Address (if available)**

IFP Application, page 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Clifton Halsey

**(full name of the plaintiff/petitioner)**

-against-

Det. William Camacho, NYPD, P.o. Desalvo, P.o. Lopez.
NYC Suzette Davis McLeod.

**(full name(s) of the defendant(s)/respondent(s))**

Amended

17 CV 89 ( MKB )( )

**(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)**

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

MAY 13, 2017
**Date**

Clifton Halsey
**Signature**

HALSEY CLIFTON
**Name (Last, First, MI)**

825 1600 789
**Prison Identification #**

125 white st    NYC    NY    10007
**Address**                    **City**         **State**   **Zip Code**

8 south

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 10/26/16

Amended

17-cv-89 MKB

on 2/10/16
They attacked me, took my phone
and wallet, broke my phone, I had
to break the door to get out of
the house she chased me and
took me to my house to get clothes
& my other phone.

they after
attacked they
me. attacked me

FALSE
made
by NYPD

# NYPD Domestic Incident Report

| Photo Taken | Photo: Victim Injuries | Photo: Suspect Injuries | Photo: Scene | Photo: Property Damage | Photo: Other |
|---|---|---|---|---|---|
| NO | | | | | |

| Child Victim of abuse | Other Evidence Collected | If Yes, describe | | Excited utterance/ spontaneous admissions |
|---|---|---|---|---|
| NO | NO | | | NA |

**Results of investigation and basis of action taken**

AT 7/PO P1 STATES THAT SHE WAS IN A VERBAL DISPUTE WITH P2. P1 STATES THAT DURING THE ARGUMENT WHICH WAS OVER A TEXT MESSAGE, P2 DID TAKE HER PHONE AND THE PHONE OF HER DAUGHTER. P1 STATES THAT SHE EVENTUALLY RETRIEVED HER PHONE FROM P2. P1 STATES THAT P2 DOESN'T WORK, P2 SPENT MOST OF HIS TIME AT P1 APARTMENT. P2 HAS AN AUNT THAT LIVES AT 175 OCEAN PARKWAY. P2 DOES DRIVE BUT DOESNT HAEV A CAR. P1 DOES NOT KNOW IF P2 HAS SOCIAL MEDIA. DURING THE COURSE OF THE ARGUMENT DAUGHTER OF P1 STATES THAT P2 PUSHED HER CAUSING HER PAINTO RIGHT THIGH AREA . SEPARTE COMPLAINT PREPARRED IN REGARDS . ACS NOTIFICATION MADE.

**Statement of Allegations/Supporting Deposition**

ON WED FEB 10 MY BOYFRIEND AND I GOT INTO AN ARGUMENT OVER TEXT MESSAGED HE TOOK MY PHONE AND I TOOK HIS PHONE HE ALSO TOOK MY DAUGHTERS PHONE . WE TRIED TO GET HIS PHONE AWAY FROM HIM. WE STARTED SHOUTING ABOUT IT THE KIDS WERE UPSET . I THEN RAN DOWNSTAIRS TO HIM TO RETRIEVE MY PHONE I HAD TO GO TO HIS HOME TO GET HIS PHONE. I THEN CAME BACK TO ME TO SEE MY KID TAKEN FROM THE HOME

Other Agencies involved with the parties or incident (e.g. advocates, hospital, probation)

| Guns | | | | | | |
|---|---|---|---|---|---|---|
| Guns in House | Gun seized | Has Permit | Permit Seized | Issuing County | Permit #(s) | Name on Permit(s) |
| NO | | | | | | |

ATTACHMENT

HBSYSPRINT-HTML

| | Name | Victim's Rights Notice given to victim | If No, Reason | Rank | Tax ID | Date |
|---|---|---|---|---|---|---|
| DIR given to victim at scene YES | | | | | | |
| Reporting Officer: | RHODIE, LARON | YES | | Rank POM | Tax ID | Date 02/10/2016 |
| DVO Reviewed: | Name | | If No, Reason | Rank | Tax ID | Date 02/10/2016 |
| Detective Assigned: | Name | | | Rank | Tax ID | Date |
| Supervisor Sign-off: | TORRISI, CHRISTOPHE | | | Rank SGT | Tax ID | Date 02/11/2016 |

Entered By: Date 02/10/2016
Entered By: Date 02/10/2016

PD Domestic Incident Report

*Amended*
*17-CV-89 MKB*

Page 2 of 4

| Suspect Action | | | | | | Threats | | Weapons Used | |
|---|---|---|---|---|---|---|---|---|---|
| Destroyed Property | | | | | | | | | |
| Other Suspect Actions: MENACING | | | | | | | | | |

## Order of Protection

| Registry checked | Order of Protection | Stay Away Order | Order Violated | Any Prior Orders | OP Court Name | OP Court Type | Expiration Date |
|---|---|---|---|---|---|---|---|
| NO | NO | | | | | | |

## Investigation Info

| Photo Taken | Photo: Victim Injuries | Photo: Suspect Injuries | Photo: Scene | Photo: Property Damage | Photo: Other |
|---|---|---|---|---|---|
| YES | | | | YES | |

| Child victim of abuse | Other Evidence Collected | If Yes, describe | Excited utterances/spontaneous admissions |
|---|---|---|---|
| NO | NO | | NA |

**Results of investigation and basis of action taken**

AT T/P/O P1 STATES THAT P2 DID THREATEN TO STROKE P1 AND STRIKE CAR WITH HAMMER; CAUSING C/V TO BE IN FEAR OF HER SAFETY. C/V STATES P2 DID STRIKE CC/V'S (P1) RIGHT HEADREST WITH HAMMER CAUSING DAMAGE VALUE OF HEADSET APROX $150. NO INJURIES.

1) DOESNT WORK 2) DOESNT DRIVE 3) HANGS OUT ON EASTERN PARKWAY 4) UNKNOWN 5) UNKNOWN.

**Statement of Allegations/Supporting Desposition**

ON APRIL 15 2016 AROUND 5:30PM MY BOYFRIEND CLIFTON HALSEY GOT DRUNK AND HIGH ON WEED ASK ME TO GO TO THE ATM FOR MONEY TO GET HIM MORE DRUNK AND WEED. I TOLD HIM I HAVE NO MONEY AND HE STARTED SHOTED AND CALLING ME NAMES AND THEN HE GRAB THE HAMMER IN THE BACK OF THE CAR AND STARTED SHOTING AND KICK THE BACK SEAT OF THE CAR WHERE HE WAS THEN HE SAID IF I DONT GET HIM THE MONEY HE WAS GONNA DAMAGE MY CAR AND HE TOOK THE HAMMER AND HIT THE BACK RIGHT SEAT HEAD REST CAUSING DAMAGE TO THE CAR THEN HE SAID HE WAS GONNA HIT ME. SO I RAN AND HE HID AND CALL 911.

**Other Agencies Involved with the parties or Incident (e.g. advocates, hospital, probation)**

## Guns

| Guns In House | Guns seized | Has Permit | Permit Seized | Issuing County | Permit #(s) | Name on Permit(s) |
|---|---|---|---|---|---|---|
| NO | | | | | | |

## ATTACHMENT

HBSYSPRINT.HTML
**Image Details**
Photographer : 958494 DESALVO JARED POM 1870 067

Address : 1367 1367 BSMT TROY AVENUE FOSTER AVENUE BROOKLYN Brooklyn South

| 1 | | View |
|---|---|---|
| | | |

## Page 2 of the NYS Domestic Incident Report:
## STATEMENT OF ALLEGATIONS / SUPPORTING DEPOSITION

spect Name (Last, First, M.I.)   Halsey, Clifton

I,
Yo, _____ (victim/deponent name), state that on
_____ (nombre de victima/deponente), declaro que en tal fecha _____/_____/_____ (date) at
(location of incident), in the County/City/Town/Village of _____ en
(donde el incidente ocurrio), el condado/ciudad/aldea/pueblo de _____, of the state of New York, the following did occur:
del estado de Nueva York, lo siguiente ocurrio:

On April 15 2016 @ around 5:30 pm my boy
friend Clifton halsey got drunk and high
o on weed ask me to go to the NTM for
money to get him more drink and
weed. I told him I have no money
and he started shoted and calling
me names and then he grab the hammer
in the back of the car and started
shouted and kicking the back seat
of the car where he was then
money he was gonna do damage
my car and he took the hammer and
hit the back Right Seat head rest
causing damage to the car then
e said he was gonna hit me, so I
ain and hid and call 911    (Use additional pages as needed)

alse Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.
claraciones falsas hechas aqui son castigables como una clase de delito menor, de acuerdo con la seccion 210.45 de la
penal.

im/Deponent Signature
na de victima/deponente

Date
Fecha    04-15-16

Note:
Whether or not this form is
signed, this DIR form will be
filed with law enforcement.

Nota:
Si esta forma esta firmada, o
no, esta DIR forma sera regis-
trada con la policia.

ess or Officer

Date    04/15/16
Date

(A)   Regarding MALiCious Prosecution,

2/10/16   it is very Clear to see that the district Attorney added much to the actual events. I have enclosed both victims Statement written in their own hand writing and the police Reports, in the DA's version she fails to mention things to show that I was attacked and my Phone broken and robbed on 2/10/2016 but she added many lies to the actual police Report and alleged complaining witness's statements this indictment should be vacated and I should be released at least pending a review by your governing body

Regarding #2 It was my money that I was demanding, I never threatened to kill my ex-Girlfriend. I was locked in the rear Seat w/ Child safety latches on the doors unable to get out so I Reacted only to have her let me get out of the Car. I am being Charged for acts that I clearly did not Commit. They are Continuing a Criminal Proceeding that was already dismissed and sealed in a Criminal Court. the alleged victim statements written, statements Lack Probable Cause for this indictment ➡

The falsifying of Legal documents by Det William Camacho shield # 24431 of the 77th Pct detective squad demonstrates actual Malice as a motivation. He falsified my arrest @ the 77th Pct.

(B)  Detective william Camacho shield # 24431 ~~——~~ Lied ~~——~~ ~~——~~ to lie at the grand Jury and trial. This should not be allowed to take place, the defendant Det. Camacho intended to Confine me and did have me Confined. Det. Camacho is and was Conscious of my Confinement, I do not Consent to my Confinement, it is an illegal indictment and Confinement.

(C)  Regarding the excessive force used by the 67th Precinct, my wrist we permanetly bruised as a Result of the handcuffs aid Repeadely punched in the face giving me a Swollen Jaw and Loose tooth which fell out a few days later they also Laughed while in the Course of assaulting and Battering the Complaining alleged Victim herself Suzette Davis who will testify that she screamed and yelled at them repeadely to stop hitting me the Landlord also witnessed it

Amended
17-CV-89 MKB

(D) After being transported to the precinct I was not afforded Medical treatment even after Repeated Request for medical treatment. The officers of the 67th Pct Showed total and deliberate indifference Towards my Pain and Suffering my face was Swollen, wrist bruised and back aching after the beating by the officers of 67th Precinct.

(E) Suzette Davis McLeod acted under Color of Law in that She Lied at the grand Jury, although I make this claim I am not in Posession of my Grand Jury minutes to demonstrate the actual Lie's that She told. Her Police Statements and the Statements made @ the GRand Jury do not match

The DA's office allowed detective William Camacho to file a false arrest reports without verifying the Validity of the actual arrest. I assert the ADA's allowed Det. William Camacho to file a false Police Report that he knew to be false on it's face. I Therefore ask that

Your Governing body Release me pending
a full investigation Regarding this case.

furthermore. with this petition I
file a writ of habeas Corpus to
Challenge the Very Confinement under
which I am Currently in.

* The ADA Prosecuting this Case is
( Jennifer Nasar ADA ) (714)
250
Brooklyn Supreme Ct. Xt 2358

* Detective william Camacho
Shield # 24431 77th detective Squad

* P.O. Jared Desalvo
Shield # 1870 67th Pct

* PO. Raymon Lopez
Shield # 23196 67th pct

*

* Suzette Davis Mcleod
1367 Troy ave Bsmt
Brooklyn, Ny. 11207
(347) 228-3078

Amended

Page #3                                    17-CV-89 MKB

Detective william Camacho   77 pct  shield 24431
                                            det. squad
         8/10/2016  801 Bergen Street.
Suzette Davis-Mcleod.  Brooklyn, NY.

On 2/10/2016  I was beat up Robbed and
~~thrown~~ out of my Girlfriends, friends apartment
had to escape.

A Report was filed by a 13 year old child
& Det. william Camacho of the 77th pct. in
Brooklyn, without the mother of the child
present. the following day the mother returned
to the precinct w/ the child (arianna Barker)
And Clearified the assault previously stated
(see attached document) Detective william Camacho
Claimed he arrested me for the incident on 4-15-16
@ the 77 pct Located at 127 utica ave.
I was never arrested for this incident @
the 77th pct nor have ~~I~~ ever been inside
the 77th pct. I was being arrested for
Another situation and he falsified my arrest
report. the other situation Docket # 2016 KN0228
                                                   76
was dismissed in Chriminal Court.    2016KN028656

The Brooklyn D.A's office picked up the
case docket # 2016 KN022876  after it was
dismissed and indicted me for the dismissal
              2016 KN028656

I Seek Relief in that I am Released from Jail and the Indictment dismissed and a fee of $1,000,000.00 for the wrong Comitted against me. This is a malicious Prosecution under the double Jeopardy Clause of the U.S. Constitution of the United States, & the fourth Amendment the Continuation of a Criminal Proceeding already dismissed, Termination of the Proceding in my favor. actual Malice for ~~Plantiff~~ defendants actions

II false arrest.

Detective william Camacho Knew, in fact that a Crime had been Comitted against me, as did defendant Suzette Davis McLeod who testified @ the grand Jury and lied.

III Excessive Force.

my wrist were injured, I am unable to prove it because I was denied medical attention upon my Request, but it was documented by NYPD

IV The Color of State law 1983 was used in that the Brooklyn D.A's office is Prosecuting me for a Crime that was dismissed in the Criminal Court and Suzette Davis McLeod lied on and at the Grand Jury on 7/29/16 knowing she recanted the lie told by Detective Camacho and Arianna Barker.

Page # IV
X   1

Amended
17-CV-89 MKB

Detective william Camacho Shield 24431   77th Det Sa.
Lied and falsified Police Department documents
and Violated my Civil and Constitutional
Rights when he Said he Arrested me on
4-15-16 @ 10:24 pm @ 127 utica ave.
I was @ the 67th pct under arrest
for damaging a Car... He Claims he
had me Under Arrest for the feb 10, 2016
incident in which he falsified and lied
with a 13 years old Child, this Case
the Car incident was dismissed as was
the 2/10/16 incident.

        I Pray for relief and to be
    released /from this illegal Confinement.
    Mrs. Suzette Davis-Mcleod Should be
    Prosecuted for Lyeing on the grand
    Jury Regarding the 2/10/16
    incident Docket # 2016 KN0 228 76
                        OR
                    2016 KN028656
    in the Criminal Court.

 *  also The New York City Police Department
    are also Claimed in this Law Suit.
 *  NYPD.

*Amended*
*17-CV-89-MKB*



**Office of the District Attorney**
**Kings County**
**KENNETH P. THOMPSON**

COUNTY OF KINGS
-------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK

- against -

CLIFTON HALSEY

         Defendant.
-------------------------------------X

Docket/Indictment #: 6561/2016

### VOLUNTARY DISCLOSURE FORM

Form prepared by: ADA Jennifer Nasar    X 2358

Date: August 16, 2016

Form served by: _____    Upon: _____    Date: _____

(1) Approximate date, time and place of offense:

| Offense | Date | Time | Place |
|---|---|---|---|

**See Attached spreadsheet**

*actual precinct 77th*

(2) Approximate date, time and place of arrest:

| | Date | Time | Place | |
|---|---|---|---|---|
| Arrest TPO 1 | 4/15/16 | 10:24 PM | 127 Utica Avenue | → *Never Happened* |
| Arrest TPO 2 | 4/15/16 | 6:01 PM | 1367 Troy Avenue | |
| Arrest TPO 4 | 5/13/16 | 2:22 AM | 1367 Troy Avenue | *Home address.* |
| Arrest TPO 8 | 7/27/16 | 6:27 AM | 1367 Troy Avenue | |

(3) Arresting Officer:

| | Date | Name | Shield | Command | |
|---|---|---|---|---|---|
| Arrest TPO 1 | 4/15/16 | Det. William Camacho | 24431 | 77th Det. Squad | → *Never Happened* |
| Arrest TPO2 | 4/15/16 | PO Jared Desalvo | 1870 | 67th Precinct | |
| Arrest TPO 4 | 5/13/16 | PO Ramon Lopez | 23196 | 67th Precinct | |
| Arrest TPO 8 | 4//16 | Andreas Sargent | 24431 | 67th Precinct | |

*false arrest Statement Given by CW*

(4) Other police officers, excluding any officer whose identity must be confidentially known by the prosecutor to have been present at the time of arrest.

        **Name**          **Shield**          **Command**

**TO BE PROVIDED AT TRIAL**

District Attorney's Version of Events



**Facts:** BF (DEF M/47)/GF (F/45), live together no CIC. Reported DV History. CW has two childr[...] lived with her and the Def (Ariana Barker, DOB 3/14/03 AND Rajan Mcleod DOB 1/6/08)

**TPO # 1 = 2/10/16 @ 801 Bergen,** Def forcibly took CW's phone from her hand and refused to giv[...] phone back. Def also forcibly took Arianna's phone. Def fled apartment and broke the door on his [...] out. CW followed Def and they struggled again over the phones. CW dropped her car keys. Def to[...] keys and ran to the car and tried to drive off in CW's car. CW got in to stop the Def but he drove o[...] the CW in the car. In The car the Def refused to stop and screamed and yelled at CW. Police respon[...] before Def brought CW back. CW's children had been left alone in the house and were taken to the [...] precinct.

**TPO # 2 = 4/15/16 @ 1367 Troy Ave,** Def repeatedly screamed at CW that he needed money. Def [...] CW that he was going to beat her or kill her if she did not take him to the ATM. CW left the apartm[...] with Def and went to her car. In the car Def continued to scream at the CW and picked up a hamme[...] Def then repeatedly slammed the head of the hammer into the head rests of CW's car, causing dama[...] one of the head rests. CW fled the car and called 911.

( District Attorney's Version
of Events from discovery Package. )

Amended

17-CV-89-MKB

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS, PART 4
————————————————————————X

THE PEOPLE OF THE STATE OF NEW YORK

          -against-

Clifton Halsey

                  Defendant.
————————————————————————X

ON FILE
DISCOVERY

Indictment No.
6561/2016

     JENNIFER K. NASAR, an attorney duly admitted to practice law before the courts of the State of New York, and an Assistant District Attorney in Kings County, hereby affirms the following to be true under the penalties of perjury:

     1. On the date indicated herein, the following documents were disclosed to defense counsel:

     1.  Factual Portion of the GJ Synopsis

## 4-15-16

    2.  CAB Screening Sheet  - Arrest # 16628300 & Arrest # K16628251
    3.  Typed Online (K16628251H)
    4.  Scratch Online (K16628251H)
    5.  Typed 61 (2016-67-3766)
    6.  Scratch 61 (2016-67-3766)
    7.  Scratch DIR
    8.  Typed Dir
    9.  NYPD Photos taken (black and white copies)
   10. Miranda Warnings
   11. Bench Warrant
   12. Memobook Officer Jared Desalvo
   13. VSA Superform
   14. DV Page
   15. Invoice # 3000652962
   16. Prisoner Movement slip
   17. Sprint Report

*[handwritten notes:]*

10/17 4pomiu gns - 11

No GJ minutes To File GJ Calendar 64 Wds. needs 2 blank CDr for 911 calls → conbmy to Add in Part. Adj for decision on GJ Can renew bail apporad. 11/4/16 ~

## 2-10-16

→ *No informations Regarding the 2/10/16 incident all fabricated and false*

18. Scratch DIR (2-10-16)

## 7-27-16

19. ECAB Screening – Arrest # K16653743  — *Never Happened*
20. Typed Online (K16653743R)
21. Scratch Online (K16653743R)
22. Typed 61 (2016-067-7656)
23. Scratch Online (2016-067-7656)
24. VSA Superform
25. Scratch DIR
26. Typed DIR
27. DV Page
28. Miranda Card
29. Prisoner Movement Slip
30. Memobook Officer Sargent
31. Sprint Report

## 5-13-16

32. ECAB Screening Sheet  - Arrest #K16635585  — *Beat up By NYPD*
33. Typed Online – K16635585M
34. Typed Complaint 2016-067-4777
35. VSA Superform
36. Scratch Aided
37. Miranda Warnings
38. DV Page
39. Scratch DIR
40. Typed DIR
41. Photos Taken by NYPD (Black and White copies)
42. Memobook Officer Lopez
43. Sprint Report

Dated:       Brooklyn, New York
             October 17, 2016

                                    JENNIFER K. NASAR
                                    Assistant District Attorney
                                    Kings County District Attorney's Office

Kenneth Jones

Amended
17-CV-89 MKB
Page 2 of 3

ARREST Report - K16635585

HOME-PERMANENT 1367 TROY AVENUE BROOKLYN NEW YORK        PH        067

Phone # and E-Mail Address: CELL: 917-361-1323

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty:
        Development:      N.Y.C. Transit Employee: NO

Physical Force:NONE

Gun:
Weapon Used/Possessed: USED/DISPLAYED          Make:                    Recovered: NO
Non-Firearm Weapon: CUTTING INSTRUMENT       Color:        Serial Number Defaced:
Other Weapon Description:                      Caliber:              Serial Number:
                                              Type:
                                              Discharged: NO

Used Transit System: NO
        Station Entered:
        Time Entered:
        Metro Card Type:
Metro Card Used/Poses:
        Card #:

| CRIME DATA | DETAILS |
|---|---|
| METHOD OF FLIGHT | NA |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | FOOTWEAR - SNEAKERS - BLUE |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - BLUE |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CLOTHING | ACCESSORIES - CARGO PANTS - BEIGE |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**                                                    Arrest #: K16635585

    Juvenile Offender:   Relative Notified:  Personal Recog:
    Number Of Priors: 0              Name:
    School Attending:    Phone Called:
Mother's Maiden Name:    Time Notified:

**ASSOCIATED ARRESTS:**                                              Arrest #: K16635585

ARREST ID COMPLAINT #

**No Vehicles for Arrest #**

**DEFENDANTS CALLS:**                                               Arrest #: K16635585

CALL # NUMBER DIALED NAME CALLED
1        347-527-2788      LEE,BELINDA

**INVOICES:**                                                       Arrest #: K16635585

INVOICE# COMMAND PROPERTY TYPE VALUE

**ARRESTING OFFICER: POM RAMON LOPEZ**          Arrest #: K16635585

    Tax Number:                  On Duty: YES           Force Used: YES
Other ID (non-NYPD):             In Uniform: YES             Type: PHYSICAL FORCE
        Shield: 23196            Squad: A1                 Reason: RSTRAIN/CONTRL/REMV
    Department: NYPD             Chart: 02             Officer Injured: NO

the Police Beat me up and injured my Hand face and Back and wrist

*Amended*

*17-CV-89-MKB*

**OFFICE OF THE DISTRICT ATTORNEY   KINGS COUNTY**
RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

KENNETH P. THOMPSON
*District Attorney*

*2016KN022876-1*

## Complaint Room Screening Sheet

Domestic Violence
FOOP
Family offense
DNA sample offense

Screener: Alexander Cane
Screening date: April 15, 2016
180.80 Date:
GJ Date:                    GJ Time:

Bureau: Domestic Violence

Narcotics: [N]

### Defendants

| Name - Last, First | Arrest Number | Sex | DOB | Age | Complaint/DP | Class | |
|---|---|---|---|---|---|---|---|
| HALSEY, CLIFTON | K16528300 | M | 12/26/68 | 047 | 1 | Misdemeanor | NON Grand Jury |
| Gang member [ ] | | | | | | | |
| HALSEY, CLIFTON | K16826251 | M | 12/26/68 | 047 | 2 | Hanging arrest | |
| Gang member [ ] | | | | | | | |

### TPOs

| | Date/Time | to: | Place | | PCT | Near School (if narcotics sale) |
|---|---|---|---|---|---|---|
| 1 | 02/10/16 01:30 | to: | 801 BERGEN STREET | ← | 077 | [ ] |
| 2 | 04/15/16 17:30 | to: | 1367 TROY AVE. | | 067 | [N] |

### Arrests

Defendant
HALSEY, CLIFTON    Date/Time  (18:01)  Place
04/15/16          1367 TROY AVENUE
Circumstances:
Arrest Charges: PL 1201401  PL 1450001  PL 2650101

HALSEY, CLIFTON   04/15/16 (22:24)  127 UTICA AVENUE  ← *Never arrested here Total Lie.*
Circumstances:
Arrest Charges: PL 2601001   *impossible double arrest.*

*They Attacked Me*

*and Beat Me up*

### Complaint Charges

HALSEY, CLIFTON    TPO 1    PL 165.40 2 Counts, PL 120.15, PL 155.25 2 Counts, PL 240.26(1), PL 120.00(1), PL
110/120.00(1), PL 260.10(1) 2 Counts

TPO 2    PL 120.14(1), PL 120.15, PL 145.00(1), PL 240.26(1), PL 265.01(2)

**DV // DEFT TAKES CELLPHONES, PUSHES GIRLFRIEND'S CHILD // DEFT HITS CAR HEADREST WITH HAMMER**

EL: DEFT AND C/W SUZETTE MCLEOD ARE BF/GF. LIVE TOGETHER. NO CIC.

V HISTORY: PER C/W SUZETTE MCLEOD, PRIOR HISTORY OF VERBAL ABUSE AND PHYSICAL THREATS. PER A/O, ONE
RIOR DIR.

/W RAJAN MCLEOD (DOB 1/8/08) AND C/W ARIANNA BARKER (DOB 3/13/03) ARE C/W SUZETTE MCLEOD'S CHILDREN.

PO 1 (2/10/16):
OC: DEF AND C/W'S SHARED RESIDENCE

EFT AND C/W SUZETTE MCLEOD GOT INTO A VERBAL ARGUMENT ABOUT INFORMATION ON DEFT'S CELLPHONE.
EFT TOOK C/W SUZETTE MCLEOD'S AND C/W ARIANNA BARKER'S CELLPHONES AND REFUSED TO RETURN THEM.
/W SUZETTE MCLEOD TRIED TO GRAB THE CELLPHONES OUT OF DEFT'S HAND.

/W ARIANNA BARKER, WHO HAD BEEN ASLEEP, WOKE UP AND TRIED TO TAKE THE CELLPHONES OUT OF DEFT'S HAND.

EFT PUSHED C/W ARIANNA BARKER, CAUSING C/W ARIANNA BARKER TO FALL TO THE GROUND.

EFT RAN OUT OF THE HOUSE WITH THE CELLPHONES.

NEIGHBOR CALLED 911. COMPLAINT FILED. DIR PREPARED.

JURIES: C/W ARIANNA BARKER SUFFERED BRUISING TO THE THIGH. PHOTOS TAKEN.

EFT RETURNED THE CELLPHONES A SHORT TIME LATER: THE CELLPHONES WERE WATER DAMAGED AND INOPERABLE.

W RAJAN MCLEOD WAS PRESENT.

PO 2 (4/15/16):
OC: DEFT AND C/W'S SHARED RESIDENCE

EFT WAS INTOXICATED AND DEMANDED THAT C/W SUZETTE MCLEOD BUY DEFT ALCOHOL AND MARIHUANA.

W SUZETTE MCLEOD GOT INTO THE DRIVER SEAT OF C/W SUZETTE MCLEOD'S CAR. DEFT GOT INTO THE BACKSEAT.

EFT SHOUTED AT C/W SUZETTE MCLEOD, IN SUM AND SUBSTANCE, PUT THE CAR IN DRIVE AND GO GET MONEY; THE
ORE YOU TALK THE MORE I HATE YOU; SHUT THE FUCK UP AND PUT THE CAR IN DRIVE. C/W SUZETTE MCLEOD REFUSED.

EFT GRABBED A HAMMER FROM THE BACK OF THE CAR AND SHOUTED AT C/W SUZETTE MCLEOD, IN SUM AND
BSTANCE, I'M GOING TO HIT YOU IF YOU DON'T DRIVE THIS CAR.

FT THEN STRUCK FRONT PASSENGER SEAT HEADREST WITH THE HAMMER, PUNCTURING THE HEADREST. (PHOTOS
KEN).

/ SUZETTE MCLEOD GOT OUT OF THE CAR, RAN TO A NEIGHBOR'S HOUSE, AND CALLED 911.

Numbers:  K16826251   K16628300

ed  7/29/2016

| # | Date | Time | Location | Charge |
|---|---|---|---|---|
| 1 | 2/10/2016 | 1:00 AM | 801 Bergen Street | EWC 260.10 (1) |
| 2 | | 1:00 AM | 801 Bergen Street | EWC |
| 3 | | 1:00 AM | 801 Bergen Street | Petit Larceny |
| 4 | | 1:00 AM | 801 Bergen Street | Petit Larceny |
| 5 | | 1:00 AM | 801 Bergen Street | Crim Mis 4 |
| 6 | | 1:00 AM | 801 Bergen Street | Unauthorized use of Vehicle 3 |
| 7 | | 1:00 AM | 801 Bergen Street | Robbery 3 |
| 8 | | 1:00 AM | 801 Bergen Street | Robbery 4 |
| 9 | | 1:00 AM | 801 Bergen Street | Att. Assault 3 |
| 10 | | 1:00 AM | 801 Bergen Street | GL4 |
| 11 | | 1:00 AM | 801 Bergen Street | GL4 |
| 12 | 4/15/2016 | 5:30 PM | 1367 Troy Avenue | Att Rob 1 |
| 13 | | 5:30 PM | 1367 Troy Avenue | Att. Rob 3 |
| 14 | | 5:30 PM | 1367 Troy Avenue | Menacing 2 |
| 15 | | 5:30 PM | 1367 Troy Avenue | Unlawful Imprison 2 |
| 16 | | 5:30 PM | 1367 Troy Avenue | Unlawful Imprison 1 |
| 17 | | 5:30 PM | 1367 Troy Avenue | CPW 4 |

Page

Attachment

B&C # 8251600789          10/28/2016

On February 10, 2016, in the Apartment located @ 801 Bergen St #203 Brooklyn, NY, I was attacked by my Girlfriend and her daughter. I called a friend to come and get me. Neighbors heard the Commotion and called the Police my Girlfriend followed me telling me that she was sorry for attacking me because a woman sent me a picture. She drove me to my friends house. I had on only underware & socks. MY friend he scolled her and told her she was wrong, she pleeded with me to forgive her and her daughter. on Arrival at her apartment the Police had come and taken her two Children ages 8 and 12 to the Precinct, the 12 year old told the police she wanted me arrested. When Suzette Davis McLeod my Girlfriend arrived she Got the kids, but an ACS Report had been filed by NYPD, the next day she told me of the story and

Page #1

Attachment B & Case #

8251600789

10/28/16

Stated that she would take her daughter (arriana) age (12) back to the precinct 77Rd pct to tell the truth, she did and I was never contacted by the police.

(2) (A) two Month later after we moved into an apartment together she caught me with another woman and went back to that precinct and changed her story. However officers from the 77Rd pct did not come arrest me they called the 67th pct and asked them to charge me for a crime that they knew was false because her and her daughter had already told the detectives at the 77Rd precinct that I was the victim. Now (8) month later I have been indicted for a crime that I did not commit and all because I broke up with her for another woman. Please help me expose this wrong and prevent it from happening to another innocent person, all because a woman wants revenge for a failed Relationship.

MORE OVER ————➤

My friend from Russia is Napoleon a witness to the entire event, he even came over the following weekend to speak with her daughter about attacking adults, because her mother instructed her to do so and she appologized to me in front of him and we all moved into a (2) bedroom apartment (1) one month later.

Thank You
in Advance

Clifton Halee

In addition the ACS worker that investigated the case can corriberate as a witness the events I Just stated
MR. ABDOO — African, Nigerian
ACS — investigator

Located on Bedford Ave
ACS unit, IN Brooklyn
Thank You

Amended 17-cv-89.(MKB)

Regarding excessive force on the bottom of ARRest Report K16635585 it explains that force was used for Restraint, Control, and Removal, I was beat in my Ribs and face while I was being walked out of the Location at 1367 tRoy ave I did not Resist arrest at no time and I did not try to flee or escape at any time the officer Ramon Lopez Continued to Strike me throught the entire process and again at the precinct. ONce at the 67th Pct. I Repeatedly Reauested medical attention and it was Refused I was told to "Man up".

CLIFTON HALSEY
#825-16-00789
MDC
125 White Street
New York, N.Y. 10013

Clerk of U.S Dis
EAstern Distric of New
225 Cadman Plaza
Brooklyn, N.Y. 11201

